UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRED CARRICK,

            Plaintiff,

   v.

U.S. BANK NATIONAL ASSOCIATION,
a California corporation; and
TOM PRITCHARD, an individual,

            Defendants.
_____/

NO. CIV. S-05-1947 LKK/GGH

O R D E R

    This matter is before the court on the petition of defendants, U.S. Bank National Association and Tom Pritchard, ("defendants") for removal predicated upon the court's diversity jurisdiction. See 28 U.S.C. § 1332. This court has an independent duty to ascertain its jurisdiction and may remand sua sponte for lack of subject matter jurisdiction. See 28 U.S.C. § 1447(c). Having invoked the removal statute, defendants bear the burden of establishing this court's jurisdiction. See Emrich v. Touche Ross & Co., 846 F.2d 1190, 1195 (9th Cir. 1988). As explain below, defendants have

1

1 failed to meet this burden.

2 Diversity jurisdiction requires complete diversity of
3 citizenship among the parties, as well as a minimum amount in
4 controversy of over $75,000. See id. The citizenship of defendant
5 Tom Pritchard precludes removal. A case brought in state court may
6 be removed to federal court under diversity jurisdiction only if
7 none of the parties in interest properly joined and served are
8 citizens of the state in which the action is brought. See 28
9 U.S.C. § 1441(b). Since defendant Tom Pritchard is a citizen of
10 California, this court lacks subject matter jurisdiction and must
11 remand the case. See 28 U.S.C. § 1447 (c).

12 For the forgoing reason, the court hereby ORDERS the above
13 captioned case REMANDED to the Superior Court of the State
14 of California for the County of Sacramento.

15 IT IS SO ORDERED.

16 DATED: October 18, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT